# Notice Recipients

District/Off: 0971–5  User: kdu  Date Created: 10/7/2010
Case: 10–59776  Form ID: B9I  Total: 33

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Jennifer Ruiz Villanueva | 10161 Meadow Lane | San Jose, CA 95127 | | |
| jdb | Edison Ilagan Villanueva | 10161 Meadow Lane | San Jose, CA 95127 | | |
| ust | Office of the U.S. Trustee / SJ | U.S. Federal Bldg. | 280 S 1st St. #268 | San Jose, CA 95113–3004 | |
| tr | Devin Derham–Burk | P.O. Box 50013 | San Jose, CA 95150–0013 | | |
| aty | Bradford Hodach | Law Offices of Bradford Hodach | 1212 Broadway #706 | Oakland, CA 94612 | |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55 | P.O. Box 942879 | Sacramento, CA 94279 | |
| smg | Secretary of The Treasury | 15th and Pennsylvania Ave. NW | Washington, DC 20220–0001 | | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 | |
| smg | CA Franchise Tax Board | Attn: Special Procedures | P.O. Box 2952 | Sacramento, CA 95812–2952 | |
| 11273386 | Alliance CU/Lending Sol | 265 Curtner Ave | San Jose, CA 95125 | | |
| 11273387 | Americas Servicing Co | PO Box 10328 | Des Moines, IA 50306 | | |
| 11273388 | Bank of America | PO Box 15026 | Wilmington, DE 19850 | | |
| 11273389 | Best Buy/HSBC | PO Box 15524 | Wilmington, DE 19850 | | |
| 11273390 | Bronson, Cawley &Bergmann | 2200 Fletcher Ave. | 5th Floor | Fort Lee, NJ 07024 | |
| 11273391 | Capital One | POB 30281 | Salt Lake City, UT 84130 | | |
| 11273392 | CitiMortgage Inc. | PO Box 6941 | The Lakes, NV 88901 | | |
| 11273393 | Citimortgage Inc. | PO Box 9438 | Gaithersburg, MD 20898 | | |
| 11273394 | Credit First NA/Firestone | 6275 Eastland Rd. | Brook Park, OH 44142 | | |
| 11273395 | Employment Development Department | State of California | Bankruptcy Unit–MIC 92E | PO Box 826880 | Sacramento, CA 94280 |
| 11273396 | FIA Card Services | Billing Inquiries | PO Box 15026 | Wilmington, DE 19805 | |
| 11273397 | FIA Card Services | Billing Inquiries | PO Box 15026 | Wilmington, DE 19805 | |
| 11273398 | FIA Card Services | Billing Inquiries | PO Box 15026 | Wilmington, DE 19805 | |
| 11273399 | Franchise Tax Board | Bankruptcy Unit | P. O. Box 2952 | Sacramento, CA 95812 | |
| 11273400 | HSBC/Nautilus | PO Box 15524 | Wilmington, DE 19850 | | |
| 11273401 | Hunt &Henriques | Attorneys at Law | Michael S. Hunt | 151 Bernal Rd., Ste. 8 | San Jose, CA 95119 |
| 11273402 | Internal Revenue Service | Special Procedures Section | 1301 Clay St., Stop 1400S | Oakland, CA 94612–5210 | |
| 11273403 | James A. West, P.C. | 6380 Rogerdale Rd. | Suite 130 | Houston, TX 77072 | |
| 11273404 | Macys/DSNB | 9111 Duke Blvd. | Mason, OH 45040 | | |
| 11273405 | Macys/DSNB | 9111 Duke Blvd. | Mason, OH 45040 | | |
| 11273406 | Nelnet Loan Services | 3015 S. Parker Rd., Suite 400 | Indianapolis, IN 46240 | | |
| 11273407 | Nelnet Loan Services | 3015 S. Parker Rd., Suite 400 | Indianapolis, IN 46240 | | |
| 11273408 | OneWest Bank, FSB (IndyMac) | c/o Burrnett &Matthews LLP | 4675 MacArthur Court | Ste. 1450 | Newport Beach, CA 92660 |
| 11302587 | eCAST Settlement Corporation assignee of Citibank | (South Dakota) NA | POB 29262 | New York NY 10087–9262 | |

TOTAL: 33